UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MERT DUYMAYAN,<br><br>　　　Plaintiff<br><br>v.<br><br>VALLEY HOSPITAL MEDICAL CENTER,<br><br>　　　Defendant | Case No.: 2:25-cv-00221-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Case for Lack of Subject Matter Jurisdiction**<br><br>[ECF No. 3] |

　　　On March 21, 2025, Magistrate Judge Koppe recommended that I dismiss plaintiff Mert Duymayan's complaint for lack of subject matter jurisdiction. ECF No. 3. Duymayan did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 3) is accepted and plaintiff Mert Duymayan's complaint (ECF No. 1-1) is dismissed for lack of subject matter jurisdiction. The clerk of court is instructed to close this case.

　　　DATED this 9th day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE